# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASSANDRA FAIRBANKS, an individual, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:17-cv-1052 |
| ) | |
| v. ) | |
| ) | |
| EMMA ROLLER, an individual, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Robert E. Barnes *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Robert E. Barnes, attached as Exhibit A. As set forth in Mr. Barnes' declaration, he is admitted an active member in good standing of the following courts and bars:

- Tennessee State Bar
- California State Bar
- The Supreme Court of Tennessee
- The Supreme Court of California
- U.S. Tax Court
- U.S. District Court for the Northern District of California
- U.S. District Court for the Central District of California
- U.S. District Court for the Southern District of California
- U.S. District Court for the Eastern District of California
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Eleventh Circuit.

This motion is supported and signed by Daniel D. Mauler, an active and sponsoring member of the Bar of this Court.

DATED: June 7, 2017                     Respectfully submitted,
                                        Cassandra Fairbanks
                                        By Counsel


                                        /s/ Robert E. Barnes
                                        Robert E. Barnes, Esq.
                                        (*Pro hac vice admission to be sought*)
                                        BARNES LAW
                                        601 South Figueroa Street, Suite 4050
                                        Los Angeles, California 90017
                                        Telephone:  (310) 510-6211
                                        Facsimile:   (310) 510-6225
                                        E-mail:   robertbarnes@barneslawllp.com


                                        / s / Daniel D. Mauler
                                        Daniel D. Mauler (D.C. Bar No. 977757)
                                        REDMON, PEYTON & BRASWELL, LLP
                                        510 King Street, Suite 301
                                        Alexandria, Virginia 22314
                                        703-684-2000 (Tel)
                                        703-684-5109 (Fax)
                                        dmauler@rpb-law.com

                                        *Counsel for Plaintiff Cassandra Fairbanks*