**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CASSANDRA FAIRBANKS, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMMA ROLLER, an individual, )<br>)<br>Defendant. )<br>) | Civil Action No.: 1:17-cv-1052 |

## DECLARATION OF ROBERT E. BARNES

### REGARDING FAMILIARITY WITH LOCAL RULES

I, Robert E. Barnes, hereby declare:

1. I am an attorney at law duly authorized to practice law before all the courts of the State of California and am seeking *pro hac vice* admission to this Court on behalf of the Plaintiff.

2. I have reviewed and am familiar with the local rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of June 2017.

Respectfully submitted,

/s/ Robert E. Barnes
Robert E. Barnes, Esq.
BARNES LAW
601 South Figueroa Street, Suite 4050
Los Angeles, California 90017
Telephone:  (310) 510-6211
Facsimile:   (310) 510-6225
E-mail:   robertbarnes@barneslawllp.com