IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CASSANDRA FAIRBANKS,**<br>Plaintiff,<br><br>**v.**<br><br>**EMMA ROLLER,**<br>Defendant. | Civil Action No.: 1:17-cv-1052-TNM |

## NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of Joseph Scott Shannon, Esq., of the law firm of Redmon, Peyton & Braswell, LLP, in this matter on behalf of:

- Plaintiff Cassandra Fairbanks

Respectfully submitted,

Plaintiff Cassandra Fairbanks
By Counsel

  /s/   Jos. Scott Shannon
Joseph Scott Shannon (DC Bar No. 1033622; USDC-DC Bar No. 1000412)
REDMON, PEYTON & BRASWELL LLP
510 King Street, Suite 301
Alexandria, VA  22314
Ph: (703) 684-2000
FAX: (703) 684-1509
jsshannon@rpb-law.com
*Counsel for Defendants*

Dated: March 30, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 30, 2018, a copy of the foregoing was filed and served via the CM/ECF system, which will serve a Notice of Electronic filing upon all counsel of record, including the following:

        Laura R. Handman
        Eric J. Feder
        DAVIS WRIGHT TREMAINE LLP
        1919 Pennsylvania Avenue, NW, Suite 800\
        Washington, DC 20006-3401

        *Counsel for Defendant*

         /s/   Jos. Scott Shannon
        Joseph Scott Shannon (DC Bar No. 1033622;
        USDC-DC Bar No. 1000412)
        REDMON, PEYTON & BRASWELL LLP
        510 King Street, Suite 301
        Alexandria, VA  22314
        Ph: (703) 684-2000
        Fax: (703) 684-1509
        jsshannon@rpb-law.com
        *Counsel for Defendants*