IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CASSANDRA FAIRBANKS,**<br>Plaintiff,<br><br>**v.**<br><br>**EMMA ROLLER,**<br>Defendant. | Civil Action No.: 1:17-cv-1052-TNM |

## WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), the Clerk of the Court will please note the withdrawal of the appearance of Daniel D. Mauler, Esq., in this matter on behalf of:

- Plaintiff Cassandra Fairbanks

This withdrawal is made by Notice pursuant to Local Civil Rule 83.6(b). No trial date has yet been set in this matter, and substitute counsel have previously entered their appearances on behalf of the above-referenced party. Finally, the above-referenced party has consented to this withdrawal, as evidenced by their signatures below.

[Signature Page Follows]

Respectfully submitted,

  /s/   Daniel D. Mauler
Daniel D. Mauler (DC Bar No. 977757)
REDMON, PEYTON & BRASWELL LLP
510 King Street, Suite 301
Alexandria, VA  22314
Ph: (703) 684-2000
FAX: (703) 684-1509
dmauler@rpb-law.com

/s/ Cassandra Fairbanks  (by DDM)[1]                                     April 10, 2018
_____                     Date: _____
**Cassandra Fairbanks** (individually)

---

[1] Ms. Fairbanks has authorized in writing that the withdrawing counsel may sign this notice on her behalf, and this written authorization will be kept on file by the withdrawing counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2018, a copy of the foregoing was filed and served via the CM/ECF system, which will serve a Notice of Electronic filing upon all counsel of record, including the following:

>Laura R. Handman
>Eric J. Feder
>DAVIS WRIGHT TREMAINE LLP
>1919 Pennsylvania Avenue, NW, Suite 800\
>Washington, DC 20006-3401
>
>*Counsel for Defendant*

>  /s/   Daniel D. Mauler
> Daniel D. Mauler (DC Bar No. 977757)
> Redmon, Peyton & Braswell LLP
> 510 King Street, Suite 301
> Alexandria, VA  22314
> Ph: (703) 684-2000
> FAX: (703) 684-1509
> dmauler@rpb-law.com