UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASSANDRA FAIRBANKS,<br><br>Plaintiff,<br><br>v.<br><br>EMMA ROLLER,<br><br>Defendant. | Case No. 1:17-cv-01052 (TNM) |

## ORDER

Upon consideration of Defendant's Motions to Dismiss under the Federal Rules of Civil Procedure and the District of Columbia anti-SLAPP statute, the pleadings, relevant law, and related legal memoranda in opposition and in support, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendant's Motion to Dismiss under the Federal Rules of Civil Procedure is GRANTED and the Defendant's Motion to Dismiss under the District of Columbia anti-SLAPP statute is DENIED. The Clerk of Court is directed to close this case.

**SO ORDERED.**

This is a final, appealable Order.

Dated: June 6, 2018

TREVOR N. MCFADDEN
United States District Judge